**No. P68/276.**—Gitkin Co. *v.* United States, protests 64/17742 and 66/16176 (New York).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of folding doors similar in all material respects to those the subject of *Gitkin Co.* v. *United States* (58 Cust. Ct. 383, C.D. 2997) or louvered folding doors similar in all material respects to those the subject of *B. A. MacKenzie & Co., Inc.* v. *United States* (58 Cust. Ct. 460, C.D. 3020), the claim of the plaintiff was sustained.

**No. P68/277.**—Gitkin Co. *v.* United States, protests 66/11545, etc. (New York).

**No. P68/278.**—Gitkin Co. *v.* United States, protests 67/1101, etc. (New York).

RAO, C.J.   In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protests consist of louvered doors similar in all material respects to those the subject of *B. A. McKenzie & Co., Inc.* v. *United States* (58 Cust. Ct. 460, C.D. 3020) and that the items marked "B" consist of folding doors similar in all material respects to those the subject of *Gitkin Co.* v. *United States* (58 Cust. Ct. 383, C.D. 2997), the claim of the plaintiff was sustained.